IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

RANDAL J. KLAPPERICK,

                Plaintiff,

vs.

UNION PACIFIC RAILROAD COMPANY, a Delaware corporation;

                Defendant.

4:23CV3105

**ORDER OF DISMISSAL**

This matter is before the Court on the parties' Stipulation for Dismissal with Prejudice (Filing No. 48). Having considered the matter, the Court will accept the Joint Stipulation.

Accordingly,

**IT IS ORDERED** that this case is dismissed with prejudice, with the parties to bear their own costs.

Dated this 17th day of July, 2025.

BY THE COURT:

_Susan M. Bazis_
Susan M. Bazis
United States District Judge